Commonwealth *v.* Sickler et al., Appellant.

Argued March 19, 1968. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and HANNUM, JJ.

*James Scanlon, Jr.,* for appellant.

*James E. O'Brien,* First Assistant District Attorney, with him *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Opinion by Hoffman, J., June 13, 1969:

The instant case is a companion to *Commonwealth v. Savage*, 214 Pa. Superior Ct. 460, 257 A. 2d 654 (1969). Appellant was retried for burglary on October 4, 1965, with codefendant Savage, and found guilty by a jury.

During the trial, oral admissions and a written confession made by appellant, while in police custody in 1952 and in violation of *Escobedo v. Illinois*, 378 U.S. 478 (1964), were introduced against appellant over appellant's objections. The primary question raised in this appeal is whether it was error for the lower court to admit the oral statements and written confession into evidence.

For the reasons stated in *Commonwealth v. Savage*, supra, we do not believe the lower court erred.

Judgment affirmed.

Hannum, J., did not participate in the rendering of this decision.